| | |
|---|---|
| Mark Ditton WSBA#45432 | Judge: Honorable Christopher M. Alston |
| 1312 Main Street | Chapter 13 |
| Vancouver, WA 98684 | Hearing Date: 5/28/2020 |
| (360) 831-0893 | Hearing Time: 9:30 am |
| | Response Date: 4/21/2020 |
| | Hearing Location: Telephonic |

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>Troy Shelby<br>Jocelyn Shelby<br><br>Debtor(s). | Case No. 17-14317 CMA<br><br>NOTICE OF HEARING AND ATTORNEY'S APPLICATION FOR COMPENSATION IN A CHAPTER 13 CASE |

## **NOTICE OF HEARING**

TO: Clerk of the United States Bankruptcy Court; and All parties in interest:

PLEASE TAKE NOTICE that an Application for Compensation in a Chapter 13 Case IS SET FOR HEARING as follows:

| DATE OF HEARING | May 28, 2020 |
|---|---|
| TIME | 9:30am |
| JUDGE | Hon. Christopher M. Alston |
| LOCATION | Telephonic:<br>Dial: 1-888-363-4749<br>Enter Access Code: 8955076#<br>Press the # sign<br>Enter Security Code when prompted: 3564#<br>Speak your name when prompted |
| RESPONSE DUE | May 21, 2020 |

IF YOU OPPOSE the motion you must file your written response with the court clerk and deliver copies to the undersigned and all interested parties NOT LATER THAN THE RESPONSE DATE. IF NO RESPONSE IS TIMELY FILED AND SERVED, the Court may, in its discretion, GRANT THE MOTION PRIOR TO THE HEARING WITHOUT FURTHER NOTICE, and strike the hearing.

## **APPLICATION**,

Mark Ditton, attorney for the debtor(s), applies for additional fees and/or costs and expenses in the amount of $700.00

I certify under penalty of perjury that the following is true and correct:

1. This application includes amounts for:

    ☐ Pre-Confirmation compensation.

    ☒ Post-Confirmation compensation.

    ☐ Pre- and Post-Confirmation compensation.

2. The requested sum represents services rendered and / or costs and expenses incurred from 4/9/20 to 5/6/20, as set forth in the itemized time record attached pursuant to Local Rules W.D. Wash. Bankr. 2016-1(e)(3).

3. A plan

    ☒ was confirmed in this case on 4/5/18 (ECF Docket No._58_).

    ☐ has not been confirmed. If a plan has not been confirmed, I have attached an explanation of why I should be awarded compensation pre-confirmation.

4. This is my third application for compensation. I was previously awarded compensation as follows:

    $ 4,271.00 on 1/2/18 (ECF Docket No. ___66___)

    $ 1,184.00 on [date] (ECF Docket No. ___81___)

    $ 1,083.00 on [date] (ECF Docket No. ___97___)

    $ [amount] on [date] (ECF Docket No. _____)

    $ [amount] on [date] (ECF Docket No. _____)

5. The debtor(s) paid me $100 prior to filing.

Notice and Attorney's Application for Compensation in a Chapter 13 Case  
Local Forms W.D. Wash. Bankr., Form 13-9

Page 2  
Eff. 12/15

6. If approved, the total approved compensation will be $7,238.00(includes the amount debtor(s) paid me directly prior to filing this case, all compensation previously awarded and the compensation requested in this application).
7. If I was awarded the presumptive fee and this is my first application for compensation, the attached itemized time record includes all services I have provided for representation of the debtor(s) in any capacity whatsoever in connection with this case.
8. Allowance of the compensation requested in this application

    ☐ will require plan modification (e.g., the compensation makes the plan infeasible).

    ☒ will not require plan modification.

I REQUEST THAT:

1. The Court award the compensation requested.
2. The awarded compensation be allowed as an administrative expense under 11 U.S.C. § 503(b) and paid according to the confirmed plan or, if a plan is never confirmed, prior to dismissal or conversion (subject to applicable Trustee's fee).
3. Unless the Court orders otherwise, if this case is dismissed or converted after plan confirmation, the Chapter 13 Trustee shall send undisbursed plan payments on hand to the debtor(s) in care of Applicant, if the Applicant is the debtor(s)' attorney at the time of dismissal or conversion.

A proposed order that conforms to Local Forms W.D. Wash. Bankr., Form 13-10 is attached.

DATE: _5/6/2020_____

                                              /s/ Mark Ditton____
                                              Mark Ditton WSB#45432
                                              APPLICANT

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing Notice and Application for Attorney Fees was served upon all Creditors Holding Allowed Claims per the attached mailing matrix and any parties requesting special notice by sending a true, full and exact copy enclosed in a sealed envelope by regular postage, prepaid, U.S. Mail, or, where specified, electronically:

*Served electronically:*

1  Office of the U.S. Trustee;
   Jason Wilson-Aguilar; case trustee
2
3
4
5  Dated this 6th Day of May, 2020.

6                                    /s/Mark Ditton____
                                     Mark Ditton WSB#45432
7                                    360-831-0893 (office)
                                     866-241-4176 (fax)
8

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0981-2<br>Case 17-14317-CMA<br>Western District of Washington<br>Seattle<br>Tue May  5 14:32:42 PDT 2020 | 1st Security Bank<br>PO Box 97000<br>Lynnwood, WA 98046-9700 | ADT<br>3700 Corporate Drive, ste. 240<br>Columbus, OH 43231-5001 |
| Alaska USA CU<br>PO Box 196602<br>Anchorage, AK 99519-6602 | Alaska USA Federal Credit Union<br>P.O Box 196200<br>Anchorage, AK 99519-6200 | Alpha Pest Control<br>9525 Sweet Valley Drive<br>Valley View, OH 44125-4237 |
| Barclays<br>PO Box 23870<br>Jacksonville, FL 32241-3870 | Bayview Loan<br>PO Box 650091<br>Dallas, TX 75265-0091 | Bayview Loan Servicing, LLC (Bayview)<br>4425 Ponce de Leon Blvd., 5th Floor<br>Coral Gables, FL 33146-1873 |
| Bayview Loan Servicing, LLC, as servicer for<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave, Suite 400<br>Seattle, WA 98121-3132 | Lesley D Bohleber<br>Aldridge Pite LLP<br>4375 Jutland Dr<br>San Diego, CA 92117-3600 | COMENITY CAPITAL BANK<br>C/O Weinstein & Riley P.S.<br>2001 Western Ave Ste. 400<br>Seattle, WA 98121-3132 |
| Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2321 | Chase<br>PO Box 1259<br>Oaks, PA 19456-1259 |
| Chase Auto Finance<br>P.O. Box 78074<br>Phoenix, AZ 85062-8074 | Chevron<br>PO Box 530950<br>Atlanta, GA 30353-0950 | Citibank<br>PO Box 3855<br>Houston, TX 77253-3855 |
| Citibank<br>PO Box 722910<br>Houston, TX 77272-2910 | Citibank, N.A.<br>6716 Grade Ln Blg 9 STE 910-PY DEPT<br>Louisville, KY 40213-3410 | Citibank, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD 57104-0493 |
| Michele A De Witt<br>Aldridge Pite, LLP<br>4375 Jutland Dr<br>San Diego, CA 92117-3600 | Dell<br>2365 Northside Drive ste. 300<br>San Diego, CA 92108-2709 | Mark Ditton<br>Northwest Debt Relief Law Firm<br>1312 Main Street<br>Vancouver, WA 98660-2919 |
| Evergreen Professional Recoveries<br>PO Box 666<br>Bellevue, WA 98009-0666 | Everhome<br>11 Oval Dr. Ste 107<br>Islandia, NY 11749-1416 | (p)FIRST TECH FEDERAL CREDIT UNION<br>ATTN SAM BANKRUPTCY<br>P O BOX 2100<br>BEAVERTON OR 97075-2100 |
| Gordon, Aylworth & Tami<br>4023 W. 1st Ave.<br>PO Box 22338<br>Eugene, OR 97402-0477 | IRS<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Kohls<br>PO Box 610<br>Sauk Rapids, MN 56379-0610 |

LVNV Funding, LLC its successors and assigns
assignee of Citibank, N.A.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Lowes
2479 Edison Blvd
Unit A
Twinsburg, OH 44087-2476

MIDLAND FUNDING LLC
PO BOX 2011
WARREN, MI 48090-2011

Macmall
2420 Sweet Home Rd
Amherst, NY 14228-2243

Lisa M. McMahon-Myhran
901 Fifth Avenue, Suite 400
Seattle, WA 98164-2085

Nikole Montufar
Weinstein & Riley, P.S.
2001 Western Avenue
Ste 400
Seattle, WA 98121-3132

Moorage Operations
1600 S. Dakota St.
Seattle, WA 98108-1546

North Cascade Trustee Services
901 Fifth Ave. Ste. 410
Seattle, WA 98164-2094

Paypal Credit
2420 Sweet Home Rd
Amherst, NY 14228-2243

Paypal MC
PO Box 12914
Norfolk, VA 23541-0914

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA  98083-0788

SYNCHRONY BANK
c/o Weinstein & Riley, P.S.
2001 Western Ave, Ste 400
Seattle, WA 98121-3132

Sears
PO Box 11887
Roanoke, VA 24022-1887

Seward Park Dentistry
5224 Wilson Ave S
Seattle, WA 98118-2587

Jocelyn Shelby
5108 S Myrtle St
Seattle, WA 98118-3444

Troy Shelby
5108 S Myrtle St
Seattle, WA 98118-3444

Synchrony
c/o Weinstein & Riley, P.S.
2001 Western Ave, Ste 400
Seattle, WA 98121-3132

Synchrony Bank
PO Box 520
Valhalla, NY 10595-0520

THE BANK OF NEW YORK MELLON FKA THE BANK OF
P.O. Box 10826
Greenville, SC  29603-0826

TIAA FSB,  dba EverBank
C/O Robinson Tait, P.S.
901 Fifth Avenue, Suite 400
Seattle, WA 98164-2085

(p)TIAA FSB
BANKRUPTCY DEPARTMENT
301 W BAY STREET
JACKSONVILLE FL 32202-5184

The Bank Of New York Mellon
c/o Bayview Loan Servicing, LLC.
4425 Ponce De Leon Boulevard
5th Floor
Coral Gables, Fl 33146-1837

Maria Tsagaris
McCalla Raymer LLC
1544 Old Alabama Rd
Roswell, GA 30076-2102

United States Trustee
700 Stewart St Ste 5103
Seattle, WA 98101-4438

WSECU
PO Box WSECU
Olympia, WA 98507-0099

Wells Fargo
725 Canton Street
Norwood, MA 02062-2679

Jason Wilson-Aguilar
600 University St #1300
Seattle, WA 98101-4102

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| First Tech Federal Credit Union<br>P.O. Box 2100<br>Beaverton, OR 97075 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | TIAA FSB, DBA EverBank<br>301 West Bay St<br>Jacksonville, FL 32202 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)ARS National Services | (u)Alltran Financial LP | (u)American Coradius International LLC |
| (u)Appelles | (u)Atlantic Credit and Finance | (u)Cavalry |
| (u)Courtesy NEF | (u)Credit Collection Services | (u)ERC |
| (u)GC Services LP | (u)Genpact Services LLC | (u)Midland Credit |
| (u)Midland Credit Management | (u)National Enterprise Systems | (u)Portfolio Recovery Associates |
| (u)THE BANK OF NEW YORK MELLON | (d)THE BANK OF NEW YORK MELLON FKA THE BANK O<br>P.O. Box 10826<br>Greenville, SC 29603-0826 | (u)Transworld Systems, Inc |

| | |
|---|---|
| (d)Jason Wilson-Aguilar<br>600 University St #1300<br>Seattle, WA 98101-4102 | End of Label Matrix<br>Mailable recipients    57<br>Bypassed recipients   19<br>Total                     76 |